STATE OF MINNESOTA )
) ss. AFFIDAVIT OF SCOTT GLEASON, JR.
COUNTY OF HENNEPIN )

1. I am a Special Agent (SA) with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since October of 2019. As a Special Agent with the ATF, I have completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia, and Special Agent Basic Training for the ATF, also in Glynco, Georgia. I am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 922 of Title 18, United States Code. Prior to my employment with the ATF, I was employed by the Clayton, Missouri, Police Department in Clayton, Missouri, for over ten years. During my tenure as an officer with the Clayton Police Department, I was assigned as a Patrol Officer, Task Force Officer assigned to the United States Drug Enforcement Administration, and a Patrol Supervisor. I am currently assigned to the St. Paul Field Division, St. Paul Group I Field Office; and as a result of my training and experience as an ATF Agent, I am familiar with federal firearm and ammunition laws. During and prior to my tenure with the ATF and other law enforcement agencies, I have participated in investigations that involve possession of firearms and ammunition by prohibited persons and

investigations involving interstate firearms and ammunition trafficking.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of issuing a complaint and arrest warrant for Juan Michael SMITH for possessing a firearm as a felon, in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(8).

3. This affidavit is based on my personal knowledge, as well as information I have learned from other law enforcement officers and the review of reports, written materials, and recordings. This affidavit does not include all of the details I have learned regarding this investigation. Rather, it only includes information believed to be sufficient to establish probable cause.

## PROBABLE CAUSE

4. In the week of February 12, 2024, Sgt. Greg Payment of the Aitkin County Sheriff's Department received information from a concerned citizen (CC).[1] CC said CC knows Juan SMITH and knows that SMITH was in possession of more than 100 guns in a residence SMITH recently bought on Highway 65.

---

[1] CC indicated that CC provided this information out of concerns for public safety. CC's contact with Sgt. Payment was spontaneous, and the CC did not receive money or other compensation. CC does not appear to have a criminal history and was not cooperating in the face of charges. Sgt. Payment has received information from CC before. The information has proved reliable and accurate in the past.

5. Sgt. Payment searched Aitkin County tax records and found that SMITH had purchased a residence on 61XXX MN State Highway 65 in Verdon Township, Minnesota, on November 20, 2024. SMITH bought the property along with another individual with the initials J.B.

6. Sgt. Smith also determined that SMITH had multiple prior felony convictions and was registered as a Predatory Offender in the State of Minnesota.

7. On February 24, 2024, Sgt. Payment obtained a state warrant to search the curtilage SMITH's residence on Highway 65, and to collect geolocation data from SMITH's phone. Law enforcement officers of the Aitken Itasca Mille Lacs Violent Crimes Enforcement Team (AIM VCET) found multiple spent shell casings from firearms of different calibers.

8. At about 5:55 p.m. on February 24, law enforcement officers saw SMITH enter the property in a GMC Yukon registered to SMITH and J.B. The Yukon briefly stayed at the property, then drove away.

9. At 6:35 p.m. on February 24, Sgt. Payment obtained a state warrant to search SMITH's residence, as well as the GMC Yukon. Meanwhile, other Aitken County deputies stopped SMITH's vehicle outside of a gas station in Shamrock Township. Also in the vehicle was SMITH's uncle, a man with the initials B.A.R. Sgt. Payment advised SMITH of his rights, and told SMITH

there were warrants to search his residence and vehicle. SMITH told officers there were firearms in the residence, but said they belonged to his daughter.

10. While SMITH was stopped, other officers searched SMITH's residence. They found four firearms in plain view:

a. a Tisas model 1911 .45 caliber semiautomatic pistol bearing serial number T062023z37314, located on the kitchen table;

b. a Rossi model RS22 .22 caliber rifle bearing serial number 7CA322816P located above cabinets in the kitchen;

c. an American Tactical model Alpha Maxx multicaliber rifle bearing serial number NX001522 located in the living room; and

d. a Tokarev model TAR 12P 12-gauge semiautomatic shotgun bearing serial number 52H23YD004685 located in the living room.

11. Officers also found various calibers of ammunition in the living room and kitchen, as well as suspected cocaine on the kitchen table. SMITH was arrested and was subsequently charged with possessing firearms and ammunition as a felon (01-CR-24-135) (SMITH was released on bail, and is currently on release status while his charges are pending).

12. At the scene of the traffic stop, Sgt. Payment asked B.A.R. if SMITH had a cell phone SMITH would want to take with him to jail. B.A.R. handed Sgt. Payment an Android cell phone. In the search of SMITH's GMC Yukon, officers located a cellular phone. B.A.R. indicated that the phone was SMITH's. On February 25, 2024, Sgt. Payment told SMITH that Sgt. Payment

was going to request a warrant to search SMITH's cell phone. SMITH provided Sgt. Payment with the passcode to the phone.

13. On February 27, 2024, Sgt. Payment obtained a warrant to search the phone. On February 29, 2024, Sgt. Aaron Cook of the Aitken County Sheriff's Office began reviewing data from the phone. Sgt. Cook found a large amount of child pornography on the device. Sgt. Payment then obtained an additional warrant to search the phone for child pornography. Sgt. Payment found on the phone hundreds of files of child pornography throughout the phone. The images and videos showed clearly prepubescent children being sexually abused and assaulted by adults.

14. Sgt. Payment also located additional evidence relating to firearms on the phone. Sgt. Payment found screen captures of on-line purchases of firearms, including the Tisas model 1911 .45 caliber pistol, the American Tactical model Alpha Maxx multicaliber rifle, and the Tokarev model TAR 12P 12-gauge semiautomatic shotgun. The captures indicate that the firearms were shipped to a federal firearms licensee in Robbinsdale, Minnesota. Sgt. Payment also found text message sent from SMITH's phone to a woman with the initials M.H., believed to be SMITH's daughter, telling M.H. that he had ordered firearms, and needed her to pick them up. Sgt. Payment also found texts to another individual indicating that SMITH and M.H. were going to pick guns up. Sgt. Payment also found in the browser history searches for a missing

part for a Tokarev firearm. Sgt. Payment confirmed that the Tokarev model TAR 12P 12-gauge semiautomatic shotgun found in SMITH's house was missing that part. Internet searches also consisted of "ammo shop near me," "felon in possession," and "firearms training." Sgt. Payment also found a video on the phone from February 11, 2024, showing SMITH firing a handgun—while the video is dark, SMITH's face is visible in the muzzle flashes.

15. Some of the phone's internet search history included references to violence against law enforcement. On January 25 and 26, 2024, a search included the terms "cop killer micah Johnson's supplies." In 2005, Micah Johnson ambushed and killed five police officers in Dallas, Texas. He injured nine other officers, as well as two civilians.

16. I have consulted with an ATF Interstate Nexus Expert, who made a preliminary determination that the four firearms found in SMITH's residence were not manufactured in the state of Minnesota, and therefore, must have traveled in and affected interstate commerce to be in Minnesota on February 24, 2024.

17. I have researched certain available criminal history records for SMITH. Based on my review of those records, I believe that SMITH had at least the following felony convictions prior to February 24, 2024, each of which was punishable by imprisonment for a term exceeding one year:

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| Failure to Register as a Predatory Offender | Stearns County, MN | May 13, 2019 |
| Third Degree Drug Possession | Stearns County, MN | June 30, 2016 |
| Domestic Assault | Stearns County, MN | May 8, 2001 |

18. In the most recent convictions, SMITH received sentences of imprisonment for terms exceeding one year.

19. Based on the information set forth above, there is probable cause to believe that Juan Michael SMITH violated Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) by possessing firearms as a felon.

Further your Affiant sayeth not.

Scott Gleason, Jr.
Special Agent, ATF

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime, Zoom,
and email pursuant to Fed. R. Crim. P. 41(d)(3) on
March 6, 2024:

DOUGLAS L. MICKO
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MINNESOTA